United States District Court
Southern District of Texas
**ENTERED**
January 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORBORD TEXAS (NACOGDOCHES) INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-19-0023 |
| CERES GULF, INC., *et al.*, Defendants. | § § § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that a settlement has been reached between Plaintiff and Defendants. As a result, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **March 16, 2020,** that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this 14th day of **January, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\0023Conditional.wpd   200114.1426