Case 4:19-cv-00023   Document 44   Filed on 02/03/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 03, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORBORD TEXAS (NACOGDOCHES) INC. § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> CERES GULF, INC. § <br> Defendant. § | CIVIL ACTION NO. 4:19-cv-00023 |

## ORDER OF DISMISSAL

On this day came to be heard Plaintiff's Motion to Dismiss Defendants Ceres Gulf, Inc. with prejudice announcing to the Court that all matters in controversy have been fully compromised and settled. After considering the motion, the responses and arguments of counsel, if any, the Court finds that the motion is meritorious and should in all things be GRANTED.

It is therefore ORDERED that all claims that were asserted or could have been asserted by Plaintiff against the Defendant in this lawsuit are hereby dismissed with prejudice. All taxable costs and expenses shall be borne by the party incurring same.

This is a Final Judgment.

SIGNED this __3rd__ day of __February__ 2020.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE